RECEIVED
IN LAKE CHARLES, LA.

OCT 04 2016

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TERRY L. CLARKSON** | * | **CIVIL ACTION NO. 2:14-CV-00740** |
| **D.O.C. # 153730** | * | |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| **BURL CAIN** | * | |
| | * | **MAGISTRATE JUDGE KAY** |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 27) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Petitioner's Objections (Rec. Doc. 29), and determining that the findings are correct under applicable law.

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* (Rec. Doc. 1) be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 3 day of Oct _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE